# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**BRIAN STARR, on behalf of himself**
**and those similarly situated,**

     **Plaintiff,**

                              **CASE NO.: 10-CV-03057-WYD**

**vs.**

**LOWE'S HIW, INC., a Foreign**
**Corporation,**

     **Defendant.** _____/

## NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, BRIAN STARR gives notice of filing the attached Consent to Join Collective

Action and Be Represented by Morgan & Morgan, P.A., executed by JASON P. GREEN, one

(1) other similarly situated employee to Plaintiff, who likewise was subjected to the illegal pay

practices at issue, and who wish to join the above-captioned lawsuit.

Dated this 5th day of January 2011.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esquire
FLBN: 0015527
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile:  (407) 420-5956
E-mail: rmorgan@forthepeople.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served via U.S. Mail to: LOWE'S HIW, INC., c/o Corporation Service Company, Registered Agent, 1560 Broadway, Suite 290, Denver, CO this 5th day of January, 2011.

/s/ **C. RYAN MORGAN**
C. Ryan Morgan, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BRIAN STARR, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

                                             CASE NO.:

        Plaintiff,

vs.

LOWE'S HIW, INC., A FOREIGN
CORPORATION,

        Defendant.                    /
_____

CONSENT TO JOIN COLLECTIVE ACTION AND BE
REPRESENTED BY MORGAN & MORGAN, P.A.

- I, _Oscar P Green_, consent to join the above-styled lawsuit seeking damages for unpaid wages under the FLSA;

- I am similarly situated to the named Plaintiff in this matter because I performed duties similar in nature for the Defendant and was paid in the same regard as the named Plaintiff;

- I authorize the named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;

- I agree to be represented by Morgan & Morgan, P.A., counsel for the named Plaintiff;

- In the event that this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: ___12/2/10___

Signature: _____
Address: c/o my Counsel- Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
Orlando, FL 32802-4979
Starr, Brian vs. Lowes