IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-03057-WYD-CBS

BRIAN STARR,
on behalf of himself and others similarly situated,

    Plaintiff,

v.

LOWE'S HIW, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on the parties' Joint Motion to Stay Deadlines and Vacate Scheduling Conference (*doc # 18*) filed February 22, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  The Scheduling Conference currently set for March 2, 2011 and the February 23, 2011 deadline for the parties to file a Proposed Scheduling Order and Confidential Settlement Statements are VACATED.

    IT IS FURTHER ORDERED that the court shall hold a Telephonic Status Conference on **May 26, 2011** at **1:30 p.m.**  Counsel shall coordinate to create a conference call amongst themselves, then contact the court (303.844.2117) at the scheduled time.

**DATED:**    February 23, 2011