IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03057-WYD-CBS

BRIAN STARR, on behalf of himself and others similarly situated,

    Plaintiff,

v.

LOWE'S HIW, INC.,

    Defendant.

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

THE COURT, having reviewed the Parties' Joint Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and having reviewed the court file and being otherwise informed in the premises,

HEREBY ORDERS that the Parties' Joint Stipulation of Dismissal Without Prejudice is GRANTED, each party to pay its/their respective attorneys, fees and costs.

Dated:  June 30, 2011

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge